IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TABITHA E. ZIEMER,<br><br>                              Plaintiff,<br><br>          v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>                              Defendant. | Case No. 1:19-cv-01691-JR<br><br>**ORDER FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

It is hereby ORDERED that fees in the amount of $6,126.35 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Attorney and paralegal fees in the amount of $6,126.35 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, H. Peter Evans: 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684.  If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

ORDER FOR EAJA FEES - 1
[1:19-cv-01691-JR]

IT IS SO ORDERED.

DATED this __6th__ day of _____January_____ 2021.

        /s/ Jolie A. Russo
JOLIE A. RUSSO
U.S. MAGISTRATE JUDGE

Proposed Order submitted on January 5, 2021.

**/s/ H. Peter Evans**
H. Peter Evans, OSB 012532
Attorney for Plaintiff

ORDER FOR EAJA FEES - 2
[1:19-cv-01691-JR]